The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.S. a minor by and through his parents M.S. and T.S.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 2:24-cv-01360-KKE<br><br>ORDER SETTING BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion to Set a Briefing Schedule ("Stipulated Motion").

The Stipulated Motion is **GRANTED**.  Dkt. No. 8.

The Court **ORDERS** that the briefing schedule for resolution of Plaintiffs' appeal be as follows:

- Plaintiffs' Opening Brief: due 45 days after the date OSPI projects for certification of the record or the date upon which the record is actually certified, whichever is later; not to exceed 35 pages;

ORDER SETTING BRIEFING SCHEDULE
2:24-CV-01360-KKE -   1

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101

- Defendant's Opposition: due 45 days after Plaintiffs' Opening Brief is timely filed and served; not to exceed 35 pages; and

- Plaintiffs' Reply: due 25 days after Defendant's Opposition is timely filed and served; not to exceed 15 pages.

The issue of Plaintiffs' entitlement to attorneys' fees and costs is preserved until the merits of Plaintiffs' appeal have been resolved.

SIGNED this 26th day of September, 2024.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

CEDAR LAW PLLC

By: __s/ Ryan Ford_____
Ryan P. Ford, WSBA # 50628
Luke Hackenberg, WSBA #58748
*Attorneys for Plaintiffs*

PORTER FOSTER RORICK LLP

By: __s/ Lynette Baisch_____
Lynette M. Baisch, WSBA #37180
Sharan Preet Singh , WSBA # 61428
*Attorney for Defendant*

ORDER SETTING BRIEFING SCHEDULE
2:24-CV-01360-KKE -   2

**CEDAR LAW PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
ryan@cedarlawpllc.com
Tel 206.607.8277 • Fax 206.237.9101